UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. HARPEL,<br><br>               Plaintiff,<br><br>vs.<br><br>RONALD A. NICHOLSON,<br><br>               Defendant. | Civil Action No. 1:12-cv-10280-RWZ |

**DEFENDANT'S NOTICE OF FILING OF CERTIFIED STATE COURT RECORD**

     Defendant, as the party removing this action from state court pursuant to 28 U.S.C. § 1441 et seq., hereby gives notice of its filing with this Court of certified copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court in paper format pursuant to Local Rules 5.4(F) and 81.1 and ECF Administrative Procedure H(2)(a) and Fed. R. Civ. P. 5.2(b)(3) and (b)(4), along with a disk containing the state court record in PDF format.

                                        Respectfully submitted,
                                        Defendant,
                                        Ronald A. Nicholson,
                                        by his attorneys,

                                        _____
                                        Matthew J. Walko (BBO No. 562172)
                                        mjwalko@smithduggan.com
                                        SMITH DUGGAN BUELL & RUFO LLP
                                        Three Center Plaza, Suite 800
                                        Boston, Massachusetts 02108-2011
                                        Tel: 617-228-4400
                                        Fax: 617-248-9320

Dated: March 2, 2012

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true paper copy of all documents filed in paper format with the Court have been served upon all attorneys of record for each other party by first class mail, postage prepaid, on March 2, 2012:

Daniel J. Murphy, Esq.
Paul McDonald, Esq.
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
*Attorneys for Plaintiff James W. Harpel*

                                                               _____
                                                                Matthew J. Walko (BBO No. 562172)