## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. HARPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. ) | |
| ) | |
| RONALD A. NICHOLSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ASSENTED-TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule 7.1, Plaintiff James W. Harpel ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court for leave to enlarge the time to oppose Defendant Ronald A. Nicholson's Motion to Dismiss and supporting materials [Document Nos. 10-11] (the "Motion").  In further support hereof, Plaintiff states as follows:

Plaintiff's Opposition to the Motion is presently due on April 4, 2012.  Plaintiff seeks an enlargement of time, to and including Friday, May 4, 2012, to file and serve his Opposition to the Motion.  The requested relief will not unreasonably delay disposition of the matter and will provide additional time for Plaintiff to fully address the issues raised by Defendant in the Motion.  No prejudice will result from the additional time sought, as Defendant has assented to Plaintiff's request for additional time to respond to the Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant his request to extend the time to file and serve his Opposition to Defendant's Motion, to and including Friday, May 4, 2012.

Dated:  March 27, 2012               Respectfully submitted,


                                     /s/ Daniel J. Murphy
                                     Daniel J. Murphy, Mass. BBO # 656021
                                     Paul McDonald (Admitted *Pro Hac Vice*)
                                     BERNSTEIN SHUR
                                     100 Middle Street, P.O. Box 9729
                                     Portland, Maine 04104-5029
                                     (207) 774-1200 (t)
                                     (207) 774-1127 (f)
                                     dmurphy@bssn.com

                                     Attorneys for Plaintiff
                                     James W. Harpel


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for Plaintiff has conferred in good faith with counsel for Defendant, who assented to the requested relief.

                                     /s/ Daniel J. Murphy


## CERTIFICATE OF SERVICE

I hereby certify that March 27, 2012, I served the foregoing document by causing a true copy of same to be delivered by first-class mail, postage pre-paid, to counsel for Defendant, and through this Court's Electronic Case Filing (ECF) System.

                                     /s/ Daniel J. Murphy