## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. HARPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. ) | |
| ) | |
| RONALD A. NICHOLSON ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S ASSENTED-TO MOTION TO EXCEED PAGE LIMIT

Plaintiff James W. Harpel ("Harpel"), by and through his undersigned counsel, respectfully moves pursuant to Local Rule 7.1 (B)(4) for leave to file a Memorandum of Law in opposition to the Motion To Dismiss, Or In the Alternative To Transfer Venue (the "Motion") filed by Defendant Ronald A. Nicholson ("Defendant"), that exceeds twenty (20) pages. Plaintiff's Memorandum of Law shall not exceed twenty-five (25) pages in length. Defendant's counsel has assented to this request.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file a Memorandum of Law in opposition to Defendant's Motion, not to exceed twenty-five (25) pages in length.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with counsel for Defendant, Daniel Gurfein, who assented to the requested relief.

                                                                                           */s/ Daniel J. Murphy*
                                                                                           Daniel J. Murphy, BBO # 656021

Dated: May 3, 2012                                       Respectfully submitted,


                                                   /s/ Daniel J. Murphy
Paul McDonald (Admitted *Pro Hac Vice*)
Daniel J. Murphy, Mass. BBO # 656021
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200 (t)
(207) 774-1127 (f)
pmcdonald@bssn.com
dmurphy@bssn.com

Attorneys for Plaintiff
James W. Harpel

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated below that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in CM/ECF electronic filing system for this matter; and that a paper copy of this Motion for Leave to Exceed Page Limit was sent via U.S. Mail, postage prepaid, to counsel for Defendant Ronald A. Nicholson:

Matthew J. Walko, Esq.,
Smith, Duggan, Buell & Rufo, LLP,
Three Center Plaza, Suite 800,
Boston, MA, 02108-2011


Dated: May 3, 2012                                        /s/ Daniel J. Murphy
                                                                                                                  Daniel J. Murphy, BBO # 656021