# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES W. HARPEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. | ) | |
| | ) | |
| RONALD A. NICHOLSON | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DANIEL J. MURPHY

I, Daniel J. Murphy, declare and affirm that the following is true and correct, and based upon my personal knowledge, except where stated upon information and belief, which I belief to be true:

1.      I am over eighteen years old and am competent to testify to the matters addressed in this declaration.

2.      I am a member in good standing of the Massachusetts bar and am an attorney at Bernstein, Shur, Sawyer & Nelson, P.A., counsel for Plaintiff James W. Harpel in the above-captioned matter.

3.      The following corporate record summaries and related filings were obtained from the Corporate Database of the Massachusetts Secretary of State, which are publicly available online through search at:  http://corp.sec.state.ma.us/corp/corpsearch/corpsearchinput.asp., true and correct copies of which are attached hereto, for the following:

(a)   Litchfield Terrace Associates, a Massachusetts limited partnership formed in 1972 and currently in active standing, Exhibit A hereto;

(b)   Bay Management Corp, a foreign corporation formed in 1970, registered in Massachusetts in 1978, and currently in active standing, Exhibit B hereto;

(c)   Gaslight GP LLC, a foreign limited liability company formed in 2008, registered in Massachusetts in 2010, and currently in active standing, Exhibit C hereto;

(d)   ELY, L.L.C., a Massachusetts limited liability company formed in 1996 and dissolved in 2009, Exhibit D hereto;

(e) Garage Management Corp., a Massachusetts corporation formed in 1984 and currently in active standing, Exhibit E hereto;

(f)   Consolidated Management Corp., a Massachusetts corporation formed in 1980, revived in 1992, and currently in active standing, Exhibit F hereto;

(g) 409 Laundry, Inc., a Massachusetts corporation formed in 1987 and dissolved in 1992, Exhibit G hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2012

/s/ Daniel J. Murphy_____