The Commonwealth of Massachusetts William Francis Galvin Browser Document   Case 1:12-cv-10280-RWZ   Document 14-3   Filed 05/04/12   Page 1 of 5

EXHIBIT A



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## LITCHFIELD TERRACE ASSOCIATES Summary Screen

Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Limited Partnership (LP): | LITCHFIELD TERRACE ASSOCIATES |
| Entity Type: | Domestic Limited Partnership (LP) |
| Identification Number: | L86005487 |
| Old Federal Employer Identification Number (Old FEIN): | |
| Date of Organization in Massachusetts: | 12/15/1972 |
| Last Date Certain: | 10/31/2061 |

**The location of its principal office:**
No. and Street: C/O BAY MANAGEMENT CORP.
3 ALLIED DRIVE, SUITE 110
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**The name and address of the Resident Agent:**
Name: JOHN R. LONGO
No. and Street: 3 PARK STREET
City or Town: LEOMINSTER,   State: MA   Zip: 01453   Country: USA

**The name and business addresses of each General Partner:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| NONE GIVEN - P | SB/LTA MANAGEMENT LLC | 2303 REGENT DR.<br>MOUNT KISCO, NY 10549 |

\_\_ Consent              \_\_ Manufacturer         \_\_ Confidential Data     \_\_ Does Not Require Annual Report
\_\_ Partnership          \_\_ Resident Agent       \_\_ For Profit            \_\_ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amendments to Limited Partnership Certificate
Annual Report
Articles of Entity Conversion
Certificate of Consolidation

[View Filings] [New Search]

Comments

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

[?] Help

10/16/2008 3:44 PM   FROM: 617-227-0178   TO: 1-617-624-3891   PAGE: 002 OF 003

MA SOC   Filing Number: 200837945040   Date: 10/16/2008 3:47 PM

## SECOND CERTIFICATE OF AMENDMENT

## OF

## CERTIFICATE OF LIMITED PARTNERSHIP

## OF

## LITCHFIELD TERRACE ASSOCIATES

To the Secretary of State
Commonwealth of Massachusetts

It is hereby certified on behalf of the limited partnership named below (the "Limited Partnership") that:

1. The name of the Limited Partnership is LITCHFIELD TERRACE ASSOCIATES.

2. The date of filing of the Certificate of Limited Partnership was December 15, 1972.

3. The term of the Limited Partnership shall continue until December 31, 2061, unless sooner terminated.

4. The Registered Agent of the Limited Partnership in the State of Massachusetts is John R. Longo, 3 Park Street, Leominster, Massachusetts 01453.

5. The names and address of each general partner is set forth below:

| NAME | ADDRESS |
|---|---|
| SB/LTA MANAGEMENT LLC | c/o Stephen B. Blum<br>2303 Regent Drive<br>Mount Kisco, NY 10549 |

6. The Certificate of Limited Partnership is hereby amended as follows:

a. Ronald A. Nicholson has resigned as the general partner and SB/LTA Management LLC has been appointed as the successor general partner of the Limited Partnership.

10/16/2008 3:44 PM   FROM: 617-227-0178   TO: 1-617-624-3891   PAGE: 003 OF 003

Signed: October 15, 2008        SB/LTA MANAGEMENT LLC, General Partner

                                By: _____
                                    Stephen B. Blum, Sole Member

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:
October 16, 2008 3:47 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

270805-1-0