

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## BAY MANAGEMENT CORP. Summary Screen

[Request a Certificate]

| | |
|---|---|
| The exact name of the Foreign Corporation: | BAY MANAGEMENT CORP. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 132665595 |
| Old Federal Employer Identification Number (Old FEIN): | |
| Date of Registration in Massachusetts: | 02/02/1978 |

**The is organized under the laws of:** State: DE   Country: USA   on: Sep 28 1970

**Current Fiscal Month / Day:** 12 / 31     **Previous Fiscal Month / Day:** 01 / 00

**The location of its principal office:**
No. and Street: 3 ALLIED DR., SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: DOUGLAS S. SWAIN
No. and Street: 3 ALLIED DR., SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | RONALD A. NICHOLSON | 1016 FIFTH AVE.<br>NEW YORK, NY 10028 USA | |
| TREASURER | RONALD A. NICHOLSON | 1016 FIFTH AVE.<br>NEW YORK, NY 10028 USA | |

| | | | |
|---|---|---|---|
| SECRETARY | RICHARD A ROSEN | | 39 SUNSET ROAD<br>NEEDHAM, MA 02494 USA |
| VICE PRESIDENT | DOUGLAS S SWAIN | | 138 PINE ST.<br>MEDFIELD, MA 02052 USA |
| VICE PRESIDENT | JAMES A NICHOLSON | | 354 WHIPPOOWILL<br>CHAPPAQUA, NY 10514 USA |
| DIRECTOR | RONALD A. NICHOLSON | | 1016 FIFTH AVE.<br>NEW YORK, NY 10028 USA |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Issued<br>and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 200 | $0.00 | 10 |

| | | | |
|---|---|---|---|
| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Articles of Consolidation - Foreign and Domestic
```

[View Filings]  [New Search]

Comments

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

Help

**DF**
**PC**

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

13266559
044

FORM MUST BE TYPED         **Articles of Correction**         FORM MUST BE TYPED
(General Laws Chapter 156D, Section 1.24, 950 CMR 113.12)

(1) Exact name of corporation: __Bay Management Corp.__

(2) Registered office address: __3 Allied Drive, Suite 128, Dedham, MA 02026__
*(number, street, city or town, state, zip code)*

(3) Describe the document to be corrected*: __Foreign Corporation Certificate__

(4) Date the document was filed: __2/3/1978__
*(month, day, year)*

(5) Specify the typographical error, the incorrect statement and the reason it is incorrect, or the manner in which the execution was defective: __The exact name of the corporation was incorrectly typed in as:__

__Bay Management Corporation__

(6) Correction of the typographical error, incorrect statement or defective execution:

__The correct exact name of the corporation is:__

__Bay Management Corp.__

11152

Signed by: _____/s/ Richard Hope_____
*(signature of authorized individual)*

☐ Incorporator,
☐ Chairman of the board of directors,
☐ President,
☒ Other officer,
☐ Court-appointed fiduciary,

on this __3rd__ day of __May__, __2011__.

* or attach a copy of the document to these articles

P.C.

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BAY MANAGEMENT CORP." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINETEENTH DAY OF APRIL, A.D. 2011.

*[Signature]*
Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8702436

DATE: 04-19-11

0762202   8300

110424934

You may verify this certificate online at corp.delaware.gov/authver.shtml

FORM CD-FCC - 15M - 2/76

# Commonwealth of Massachusetts

*Secretary of the Commonwealth*
1 ASHBURTON PLACE, BOSTON, MASS. 02108

FEDERAL IDENTIFICATION NO. 132665595

## FOREIGN CORPORATION CERTIFICATE

We, **Ronald A. Nicholson**, President/~~Vice-President~~

and **Hazel M. Nealy**, ~~Clerk/Assistant Clerk or~~

~~Secretary~~/Assistant Secretary of **Bay Management Corporation**, in compliance with the provisions of General Laws, Chapter 181, Section 4, certify that:

1. The exact name of the corporation, including any words or abbreviations indicating incorporation or limited liability is:

    **Bay Management Corporation** ✓

2. The corporation is organized under the laws of: **Delaware**

3. The date of its organization is: **September   28   1970**
   (Month) (Day) (Year)

4. The location of its principal office is: **645 Madison Avenue, New York, NY 10022**

5. A brief description of the activities of the corporation within the Commonwealth of Massachusetts is as follows:

    **Real Estate Management**

6. The location of its local office in the Commonwealth of Massachusetts, if any, is: **Bay Management Corporation d.b.a. Gaslight Village Apartments 101/4 Gaslight Drive, So. Weymouth, MA 02190**

7. The name and address of its resident agent in the Commonwealth of Massachusetts, if any, is:

    **Douglas S. Swain**
    **101/4 Gaslight Drive, So. Weymouth, MA 02190**

8. The date on which the corporation's fiscal year ends is: **December   31**
   (Month) (Day)

10/19/2007 09:31 FAX → BAY DEDHAM ☑001/010

CERTIFICATE OF INCORPORATION

OF

BAY MANAGEMENT CORP.

* * * * *

1. The name of the corporation is
BAY MANAGEMENT CORP.

2. The address of its registered office in the State of Delaware is No. 100 West Tenth Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

3. The nature of the business or purposes to be conducted or promoted is:

To own, carry on, operate and conduct a building management business; to manage, supervise and operate, buildings, structures and real property of all kinds; to negotiate and consummate leases; to enter into contracts and arrangements for services, maintenance, repair and improvement, of real property and personal property of every kind and description; to furnish financial, management and other services; and to engage in and conduct, or authorize others to engage in and conduct, any business or activity incident, necessary, advisable, or advantageous, in connection with

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Correction
(General Laws Chapter 156D, Section 1.24, 950 CMR 113.12)

Filed this _5_ day of _MAY_, 20_11_, at _10:00_ a.m./p.m.
*time*

*[signature: William Francis Galvin]*

### TO BE FILLED IN BY CORPORATION
Contact Information:

Bay Management Corp.

3 Allied Drive, Suite 128

Dedham, MA 02026

Telephone: 781-326-5100

Email: baydedham@verizon.net

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

*[stamp: SEC... 2011 MAY -5 AM 10:05]*



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

FEE: $85.00

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE. 020045986

# MASSACHUSETTS FOREIGN CORPORATION ANNUAL REPORT

Federal Identification No. __13-2665595__

1. The *exact* name of the corporation is: __BAY MANAGEMENT CORPORATION__

2. The corporation is organized under the laws of: __Delaware__

3. Location of its principal office is: __645 Madison Avenue - Room 501 - New York, NY 10022__
   (number and street) (city or town) (state) (zip)

4. The location of its Massachusetts office, if any: __990 Washington Street - Suite 101__
   (number and street)
   __Dedham, MA 02026__
   (city or town) (state) (zip)

5. Name and address of the Resident Agent is: __Douglas S. Swain__
   (name)
   __138 Pine Street, Medfield, MA 02052__
   (number and street) (city or town) (state) (zip)

6. Date of the end of the last fiscal year was: __December 31, 2001__
   (month) (day) (year)

7. Check here if the corporation stock is publicly traded: ☐ .

8. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
| --- | --- | --- | --- | --- |
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | No Par | 200 | | 10 |
| PREFERRED: | | | | |

9. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | BUSINESS ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
| --- | --- | --- | --- |
| PRESIDENT | Ronald A. Nicholson | 645 Madison Avenue, NY NY | 1/03 |
| TREASURER | Ronald A. Nicholson | 645 Madison Avenue, NY NY | 1/03 |
| CLERK VP | James A. Nicholson | 645 Madison Avenue, NY NY | 1/03 |
| DIRECTORS VP | Douglas S. Swain | 990 Washington St. Dedham MA | 1/03 |
| VP | Ronald P. Trottier | 140 Pond House Rd. North Smithfield, RI | 1/03 |
| Director | Ronald A. Nicholson | 645 Madison Avenue, NY NY | 1/03 |

I, the undersigned __Ronald A. Nicholson__, being the __President__ of the above-named corporation, in compliance with the General Laws, Chapter 181, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __4th__ day of __January__, 20__02__.

Signature: _____  Title: __President__

Contact Person: __Hazel M. Nealy__  Contact Person Telephone #: __212-355-6850__

MA SOC   Filing Number: 201276147770   Date: 3/12/2012 10:23:00 AM



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

Federal Employer Identification Number: 132665595 *(must be 9 digits)*

**1. Exact name of the corporation:** BAY MANAGEMENT CORP.

**2. Jurisdiction of Incorporation:** State: DE   Country: USA

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**
Name: DOUGLAS S. SWAIN
No. and Street: 3 ALLIED DR., SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**5. Street address of the corporation's principal office:**
No. and Street: 3 ALLIED DR., SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**6. Provide the name and business street address of the officers and of all the directors of the corporation:**
*(A president, treasurer, secretary and at least one director are required.)*

| Title | Individual Name (First, Middle, Last, Suffix) | Address (no PO Box) (Address, City or Town, State, Zip Code) |
|---|---|---|
| PRESIDENT | RONALD A. NICHOLSON | 1016 FIFTH AVE. NEW YORK, NY 10028 USA |
| TREASURER | RONALD A. NICHOLSON | 1016 FIFTH AVE. NEW YORK, NY 10028 USA |
| SECRETARY | RICHARD A ROSEN | 39 SUNSET ROAD NEEDHAM, MA 02494 USA |
| VICE PRESIDENT | DOUGLAS S SWAIN | 138 PINE ST. MEDFIELD, MA 02052 USA |
| VICE PRESIDENT | JAMES A NICHOLSON | 354 WHIPPOOWILL CHAPPAQUA, NY 10514 USA |
| DIRECTOR | RONALD A. NICHOLSON | 1016 FIFTH AVE. NEW YORK, NY 10028 USA |

**7. Briefly describe the business of the corporation:**

REAL ESTATE MANAGEMENT

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | Total Issued and Outstanding |
|---|---|---|---|

|  |  | *Num of Shares* | *Total Par Value* | *Num of Shares* |
|---|---|---|---|---|
| CNP | $0.00000 | 200 | $0.00 | 10 |

**9. Check here if the stock of the corporation is publicly traded:** __

**10. Report is filed for fiscal year ending:** 12/31/ 2011

**Signed by   RICHARD A. ROSEN , its   OTHER OFFICER**
**on this 12 Day of March, 2012**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved