The Commonwealth of Massachusetts William Francis Galvin Public Browse and Search   Case 1:12-cv-10280-RWZ   Document 14-5   Filed 05/04/12   Page 1 of 6

EXHIBIT C



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## GASLIGHT GP LLC Summary Screen

Request a Certificate

| | |
|---|---|
| The exact name of the Foreign Limited Liability Company (LLC): | GASLIGHT GP LLC |
| Entity Type: | Foreign Limited Liability Company (LLC) |
| Identification Number: | 001029313 |
| Date of Registration in Massachusetts: | 05/27/2010 |
| The is organized under the laws of: State: DE   Country: USA   on: 04/09/2008 | |

**The location of its principal office:**
No. and Street: C/O BAY MANAGEMENT CORP.
117 W 72ND STREET, SUITE 5W
City or Town: NEW YORK    State: NY    Zip: 10023    Country: USA

**The location of its Massachusetts office, if any:**
No. and Street: C/O BAY MANAGEMENT CORP.
3 ALLIED DRIVE, SUITE 110
City or Town: DEDHAM    State: MA    Zip: 02026    Country: USA

**The name and address of the Resident Agent:**
Name: RICHARD ROSEN
No. and Street: C/O BAY MANAGMENT CORP.
3 ALLIED DRIVE, SUITE 110
City or Town: DEDHAM    State: MA    Zip: 02026    Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | RONALD A. NICHOLSON | C/O BAY MANAGEMENT CORP.<br>NEW YORK, NY 10023 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | RONALD A. NICHOLSON | |

| | | | C/O BAY MANAGEMENT CORP.<br>NEW YORK, NY 10023 USA |
|---|---|---|---|
| REAL PROPERTY | JAMES A. NICHOLSON | | C/O BAY MANAGEMENT CORP.<br>NEW YORK, NY 10023 USA |

| ___ Consent | ___ Manufacturer | ___ Confidential Data | ___ Does Not Require Annual Report |
| ___ Partnership | ___ Resident Agent | ___ For Profit | ___ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
```
Certificate of Cancellation

[View Filings]   [New Search]

**Comments**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

Help

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

**Foreign Limited Liability Company
Application for Registration**
(General Laws Chapter 156C, Section 48)

**FILED**

Federal Identification No.: __61-1559901__

MAY 27 2010

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

(1a) The exact name of the limited liability company:

__GASLIGHT GP LLC__

(1b) If different, the name under which it proposes to do business in the Commonwealth of Massachusetts:

(2) The jurisdiction* where the limited liability company was organized:

__Delaware__

(3) The date of organization in that jurisdiction: __4/9/2008__

(4) The general character of the business the limited liability company proposes to do in the Commonwealth:

__Real Estate__

(5) The business address of its principal office:

Gaslight GP LLC
c/o Bay Management Corp.
117 W 72nd Street, Suite 5W
New York, NY 10023

(6) The business address of its principal office in the Commonwealth, if any:

Gaslight GP LLC
c/o Bay Management Corp.
3 Allied Drive, Suite 110
Dedham, MA 02026

(7) The name and business address, if different from principal office location, of each manager:

Ronald A. Nicholson
117 W 72nd Street, Suite 5W
New York, NY 10023

(8) The name and business address of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

NAME Ronald A. Nicholson

James A. Nicholson

ADDRESS Bay Management Corp.
117 W 72nd Street, Suite 5W
New York, NY 10023

(9) The name and street address of the resident agent in the Commonwealth:

Richard Rosen
c/o Bay Management Corp.
3 Allied Drive, Suite 110
Dedham, MA 02026

(10) The latest date of dissolution, if specified: _____

(11) Additional matters:

Signed by *(by at least one authorized signatory)*: ___*Richard Rosen*___,

I ___Richard Rosen___, resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c156C § 48 (or attach resident agent's consent hereto).

* *Attach a certificate of existence or good standing issued by an officer or agency properly authorized in home state.*

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "GASLIGHT GP LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE ELEVENTH DAY OF MAY, A.D. 2010.

4531189  8300

100417963

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7984871

DATE: 05-11-10

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Foreign Limited Liability Company
## Application for Registration
(General Laws Chapter 156C, Section 48)

I hereby certify that upon examination of this foreign limited liability company application for registration, duly submitted to me, it appears that the provisions of the General Laws have been complied with, and I hereby approve said application; and the filing fee in the amount of $ _____ having been paid, said application is deemed to have been filed with me this __27__ day of __May__ 20 _10_ at _____ am/pm.

/1&s 7

**1116646**

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

Filing fee: $500

## TO BE FILLED IN BY
## FOREIGN LIMITED LIABILTY COMPANY

Contact Information:

Richard Rosen

Bay Management Corp.

3 Allied Drive, Suite 110, Dedham, MA 02026

Telephone: 781-326-5100

Email: baydedham@verizon.net

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.