

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## ELY, L.L.C. Summary Screen

[ Request a Certificate ]

**The exact name of the Domestic Limited Liability Company (LLC):** ELY, L.L.C.

**Entity Type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 000538706

**Date of Organization in Massachusetts:** 05/29/1996

**Date of Involuntary Dissolution by Court Order or by the SOC:** 04/30/2009

**The location of its principal office:**
No. and Street: BAY MANAGEMENT CORP.
990 WASHINGTON STREET STE. 101
City or Town: DEDHAM   State: MA   Zip: 02026-6715   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**The name and address of the Resident Agent:**
Name: DOUGLAS S. SWAIN
No. and Street: 8 LEDGETREE ROAD
City or Town: MEDFIELD   State: MA   Zip: 02052-0000   Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | RONALD A. NICHOLSON | 1016 FIFTH AVENUE<br>NEW YORK, NY 10028-0000 USA |
| MANAGER | JAMES A. NICHOLSON | 354 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514-0000 USA |
| MANAGER | BURTON R. KASSELL | 315 WEST 107TH STREET<br>NEW YORK, NY 10025-0000 USA |
| MANAGER | DOUGLAS S. SWAIN | 8 LEDGETREE ROAD<br>MEDFIELD, MA 02052-0000 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY SIGNATORY | RONALD A. NICHOLSON | 1016 FIFTH AVENUE<br>NEW YORK, NY 10028-0000 USA |
| REAL PROPERTY SIGNATORY | JAMES A. NICHOLSON | 354 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514-0000 USA |
| REAL PROPERTY SIGNATORY | BURTON R. KASSELL | 315 WEST 107TH STREET<br>NEW YORK, NY 10025-0000 USA |
| REAL PROPERTY SIGNATORY | DOUGLAS S. SWAIN | 8 LEDGETREE ROAD<br>MEDFIELD, MA 02052-0000 USA |

___ Consent ___ Manufacturer ___ Confidential Data ___ Does Not Require Annual Report

___ Partnership ___ Resident Agent ___ For Profit ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Cancellation

[ View Filings ]   [ New Search ]

| Comments |
|---|
| |

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

[?] Help

## CERTIFICATE OF ORGANIZATION

### Ely, L.L.C.



Pursuant to the provisions of the Massachusetts Limited Liability Company Act ("Act"), the undersigned hereby certify as follows:

1. The name of the limited liability company formed hereby ("LLC") is Ely, L.L.C.

2. The address of the office of the LLC in the Commonwealth of Massachusetts is c/o Bay Management Corp., 990 Washington Street, Suite 101, Dedham, MA 02026-6715.

3. The name and address of the resident agent for service of process for the LLC is Douglas S. Swain, 8 Ledgetree Road, Medfield, MA 02052.

4. The name and address of the initial managers of the LLC are:

| | |
|---|---|
| Ronald A. Nicholson | 1016 Fifth Avenue, New York, NY 10028 |
| James A. Nicholson | 354 Whippoorwill Road, Chappaqua, NY 10514 |
| Burton R. Kassell | 315 West 107th Street, New York, NY 10025 |
| Douglas S. Swain | 8 Ledgetree Road, Medfield, MA 02052 |

5. The name and address of the Organizer of the LLC is as follows:

Jill M.E. Sullivan, Esquire   c/o Hutchins, Wheeler & Dittmar, 101 Federal Street, Boston, MA 02110

6. Each of the managers, but no other person is authorized to execute any documents to be filed with the office of the Secretary of State of the Commonwealth of Massachusetts.

7. The general character of the LLC's business is to act as the record title owner of 95 St. Botolph Street, Boston, Massachusetts and to engage in any other business purposes authorized for a limited liability Company by the Massachusetts General Laws, Chapter 156C.

8. There are no people other than the manager authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property on behalf of the LLC.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Organization of Ely, L.L.C. this 29th day of May, 1996.

_Jill M. E. Sullivan_
Jill M. E. Sullivan, Organizer

72447-1

538706

# COMMONWEALTH OF MASSACHUSETTS

## LIMITED LIABILITY COMPANY
### (General Laws, Chapter 156C)

# 0226

Filed this _29th_ day of _May_

19 _96_

**FEE PAID**
*$500.00*
MAY 29 1996

CASHIERS
SECRETARY'S OFFICE

**WILLIAM FRANCIS GALVIN**
**SECRETARY OF THE COMMONWEALTH**

Jill E. Sullivan
c/o Hutchins Wheeler & Dittmar
101 Federal St.

Boston MA  02110

(617) 951 - 6600