

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**GARAGE MANAGEMENT CORP. Summary Screen**

[?] Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | GARAGE MANAGEMENT CORP. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 042847024 |
| Old Federal Employer Identification Number (Old FEIN): | 000214674 |
| Date of Organization in Massachusetts: | 11/26/1984 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 3 ALLIED DRIVE SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: DOUGLAS S. SWAIN
No. and Street: 3 ALLIED DRIVE SUITE 128
City or Town: DEDHAM   State: MA   Zip: 02026   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | RONALD A. NICHOLSON | 1016 5TH AVE., NEW YORK, NY 10028 USA | |
| TREASURER | JAMES A. NICHOLSON | 354 WHIPPORWILL, CHAPPAQUA, NY USA | |
| SECRETARY | RICHARD ROSEN | 39 SUNSET RD., NEEDHAM, MA 02194 USA | |
| VICE PRESIDENT | DOUGLAS S. SWAIN | 138 PINE STREET MEDFIELD, MA 02052 USA | |

| DIRECTOR | RONALD A. NICHOLSON | 1016 5TH AVE., NEW YORK, NY 10028 USA | |
|---|---|---|---|

| business entity stock is publicly traded: __ |
|---|

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares*    *Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. ||||

__ Consent      __ Manufacturer      __ Confidential Data      __ Does Not Require Annual Report

__ Partnership  __ Resident Agent    __ For Profit            __ Merger Allowed

Note: There is additional information located in the cardfile that is not available on the system.

Select a type of filing from below to view this business entity filings:
```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
```

[ View Filings ]     [ New Search ]

| Comments |
|---|
| |

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FEE: $85.00

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS CORPORATION ANNUAL REPORT    020045985

Federal Identification No. __04-2847024__

1. The *exact* name of the corporation is: __Garage Management Corp.__

2. Location of its principal office in Massachusetts: __990 Washington St., Suite 101__
   (number & street)
   __Dedham__   __MA__   __02026-6715__
   (city or town)   (state)   (zip)

   NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

   _____
   (number & street)   (city or town)   (state)   (zip)

3. Name and address of Resident Agent, if any: _____
   (name)
   _____
   (number & street)   (city or town)   (state)   (zip)

4. Date of the end of the last fiscal year was: __December__   __31__   __2001__
   (month)   (day)   (year)

5. Check here if the corporation stock is publicly traded: ☐.

6. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | No Par Value | 100 | None | 100 |
| PREFERRED: | | | | |

7. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT | Ronald A. Nicholson | 1016 5th Avenue, NY NY 10028 | Until |
| TREASURER | James A. Nicholson | 354 Whipporwill, Chappaqua, NY | New |
| CLERK | Richard Rosen | 39 Sunset Road, Needham, MA 02494 | Officers |
| DIRECTORS | Ronald A. Nicholson | 1016 5th Avenue, NY NY 10028 | Are |
| Vice President | Douglas S. Swain | 138 Pine Street, Medfield, MA 02052 | Duly Elected |

I, the undersigned __Douglas S. Swain__ being the __Vice President__ of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __25th__ day of __February__, 19 __2002__.

Signature: _____   Title: __Vice President__   PH: __781-326-5100__