The Commonwealth of Massachusetts William Francis Galvin Public Browse and Search
Case 1:12-cv-10280-RWZ Document 14-8 Filed 05/04/12 Page 1 of 3
EXHIBIT F



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## CONSOLIDATED MANAGEMENT CORP. Summary Screen

[Request a Certificate]

**The exact name of the Domestic Profit Corporation:** CONSOLIDATED MANAGEMENT CORP.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042711123

**Old Federal Employer Identification Number (Old FEIN):** 000161039

**Date of Organization in Massachusetts:** 08/25/1980     **Date of Revival:** 08/06/1992

**Date of Involuntary Dissolution:** 12/31/1990

**Current Fiscal Month / Day:** 12 / 31     **Previous Fiscal Month / Day:** 01 / 31

**The location of its principal office:**
No. and Street: 117 WEST 72ND STREET SUITE 5W
City or Town: NEW YORK     State: NY     Zip: 10023     Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:     State:     Zip:     Country:

**Name and address of the Registered Agent:**
Name: DOGLAS S. SWAIN
No. and Street: 3 ALLIED DRIVE SUITE 128
City or Town: DEDHAM     State: MA     Zip: 02026     Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | JAMES A NICHOLSON | 354 WHIPPOORWILL<br>CHAPPAQUA, NY 10514 USA | |
| TREASURER | DOUGLAS S. SWAIN | 138 PINE ST.,<br>MEDFIELD, MA USA | |

| | | | |
|---|---|---|---|
| SECRETARY | JAMES A NICHOLSON | | 354 WHIPPOORWILL<br>CHAPPAQUA, NY 10514 USA |
| CFO | DOUGLAS S. SWAIN | | 138 PINE ST.,<br>MEDFIELD, MA 02052 USA |
| DIRECTOR | DOUGLAS S. SWAIN | | 138 PINE ST.,<br>MEDFIELD, MA 02052 USA |
| DIRECTOR | JAMES A NICHOLSON | | 354 WHIPPOORWILL<br>CHAPPAQUA, NY 10514 USA |
| DIRECTOR | RONALD A NICHOLSON | | 1016 FIFTH AVENUE<br>NEW YORK, NY 10028 USA |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00000 | 1,000 | $0.00 | 1,000 |

__ Consent   __ Manufacturer   __ Confidential Data   __ Does Not Require Annual Report
__ Partnership   __ Resident Agent   __ For Profit   __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
Articles of Consolidation - Foreign and Domestic

Articles of Charter Surrender

[ View Filings ]   [ New Search ]

Comments

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

Help



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

FEE: $85.00

020047721

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS CORPORATION ANNUAL REPORT

Federal Identification No. __04-2711123__

1. The *exact* name of the corporation is: __Consolidated Management Corp.__

2. Location of its principal office in Massachusetts: __c/o Bay Management Corp., 990 Washington St., Suite 101__
   (number and street)
   __Dedham__          __MA__          __02026__
   (city or town)     (state)         (zip)

NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

_____ (number & street)    _____ (city or town)    _____ (state)    _____ (zip)

3. Name and address of the Resident Agent, if any: __Corporation Service Company__
   (name)
   __2711 Centerville Road, Suite 400__          __Wilmington, DE__          __19808__
   (number & street)                              (city or town)              (zip)

4. Date of the end of the last fiscal year was: __December__   __31__   __2001__
   (month)        (day)    (year)

5. Check here if the corporation stock is publicly traded: ☐ .

6. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
| --- | --- | --- | --- | --- |
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | No Par Value | 1,000 | None | 1,000 |
| PREFERRED: | | | | |

7. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
| --- | --- | --- | --- |
| PRESIDENT | William Maltz | 3420 S. Ocean Blvd., Highland Beach, FL | Until |
| TREASURER | Douglas S. Swain | 138 Pine Street, Medfield, MA 02052 | New |
| CLERK | James A. Nicholson | 354 Whippoorwill, Chappaqua, NY | Officers |
| DIRECTORS | William Maltz | Same | Are |
| | Douglas S. Swain | As | |
| | James A. Nicholson | Above | Duly |
| | Ronald A. Nicholson | 1016 Fifth Ave., New York, NY 10028 | Elected |

I, the undersigned __Douglas S. Swain__, being the __Treasurer__ of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __25th__ day of __February__, 20 __02__.

Signature: _[signature]_          Title: __Treasurer__

Contact Person: __Richard Rosen__          Contact Person Telephone #: __781-326-5100__

156bmcar 4/5/00