

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## 409 LAUNDRY, INC. Summary Screen

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | 409 LAUNDRY, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 042972717 |
| Old Federal Employer Identification Number (Old FEIN): | 000256945 |
| Date of Organization in Massachusetts: | 06/05/1987 |
| Date of Voluntary Dissolution: | 04/24/1992 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 711 BOYLSTON ST., 3RD. FL
City or Town: BOSTON   State: MA   Zip: 02116   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:   State:   Zip:   Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | RONALD A. NICHOLSON | 439 EAST 51ST ST., NEW YORK, NY USA<br>439 EAST 51ST ST., NEW YORK, NY USA | |
| TREASURER | JAMES A. NICHOLSON | 321 WHIPPOORWILL RD., CHAPPAQUA, NY 10514 USA<br>321 WHIPPOORWILL RD., CHAPPAQUA, NY 10514 USA | |
| SECRETARY | KAREN JAHNCKE | 1689 SOUTH ST., BRIDGEWATER, MA USA<br>1689 SOUTH ST., | |

| | BRIDGEWATER, MA USA |
|---|---|

**business entity stock is publicly traded:** __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares*   *Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|

No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm.

__ Consent     __ Manufacturer     __ Confidential Data     __ Does Not Require Annual Report

__ Partnership     __ Resident Agent     **X** For Profit     __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
Articles of Consolidation - Foreign and Domestic
```

Articles of Charter Surrender

[View Filings]   [New Search]

**Comments**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help