UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. HARPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. ) | |
| ) | |
| RONALD A. NICHOLSON ) | |
| ) | |
| Defendant. ) | |

### RULE 16.1(d)(3) CERTIFICATION

Pursuant to D. Mass. L.R. 16.1(d)(3), Plaintiff James W. Harpel and his undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course –and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in D. Mass. L.R. 16.4.

Dated:  November 5, 2012                                                  Dated:  November 5, 2012


*/s/ James W. Harpel*                                                          */s/ Daniel J. Murphy*
_____                        _____
James W. Harpel                                                                Paul McDonald (Admitted *Pro Hac Vice*)
                                                                                         Daniel J. Murphy, BBO No. 656021
                                                                                         Bernstein, Shur, Sawyer & Nelson, P.A.
                                                                                         100 Middle Street, P.O. Box 9729
                                                                                         Portland, Maine 04104-5029
                                                                                         (207) 774-1200 (t)
                                                                                         (207) 774-1127 (f)
                                                                                         pmcdonald@bernsteinshur.com
                                                                                         dmurphy@bernsteinshur.com

                                                                                         Attorneys for Plaintiff James W. Harpel