UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. HARPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. ) | |
| ) | |
| RONALD A. NICHOLSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

## LOCAL RULE 16.1 AGENDA AND JOINT STATEMENT

Pursuant to this Court's Notice of Scheduling Conference and in accordance with Fed. R. Civ. P. 26(f) and District of Massachusetts L.R. 16.1(d), the parties respectfully submit the following Agenda and Joint Statement.

**I.    Agenda of Matters to be Discussed at the Scheduling Conference**

    A.    Rule 26(f) Conference and Initial Disclosures

    B.    Proposed Pretrial Schedule

    C.    Status of Settlement Offer

    D.    Trial by Magistrate Judge

    E.    Certification

    F.    Protective Order

**II.   Rule 26(f) Conference and Initial Disclosures**

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1(b), counsel for the parties conferred on October 22, 2012 regarding a proposed pretrial schedule. The Parties already have exchanged their Fed. R. Civ. P. 26(a) Initial Disclosures on November 6, 2012.

1

## III. Proposed Pretrial Schedule

| Event | Deadline |
|---|---|
| File all motions to amend the pleadings and add parties | 180 days after entry of Scheduling Order |
| All fact discovery pursuant to Fed. R. Civ. P. 26, 33-36 to be completed within 300 days after entry of Scheduling Order. Depositions by oral examination pursuant to Fed. R. Civ. P. 30-32 and 45 are stayed until 150 days after entry of Scheduling Order. | 300 days after entry of Scheduling Order |
| Plaintiff identifies trial expert(s) and serve expert report(s) | 30 days after completion of all fact discovery |
| Defendant identifies trial expert(s) and serve expert reports | 60 days after Plaintiff's designations and reports |
| Plaintiff serves rebuttal expert reports(s) | 30 days after Defendant's designation and reports |
| Complete expert depositions | 30 days after completion of expert reports |
| Deadline for filing Rule 56 motions | 30 days after completion of expert reports |
| Settlement Conference | 45 days after completion of experts reports |
| Final pretrial conference | 60 days after deadline for Rule 56 motions |

## IV. Status of Settlement Offer

Pursuant to Local Rule 16.1(c), Plaintiff has presented a written settlement offer to Defendant. Counsel for Defendants have conferred with their clients regarding the subject of settlement.

## V. Trial by Magistrate Judge

At present, none of the parties consents to a trial by a United States Magistrate Judge.

## VI. Certification

The parties are filing certifications pursuant to Local Rule 16.1(d)(3) separately with the Court.

## VII. Protective Order

The parties have conferred and agree upon a protective order governing the disclosure of confidential information which they intend to present to the Court for its consideration.

Dated: November 6, 2012                                    Respectfully submitted,

/s/ Daniel J. Murphy_____
Paul McDonald (Admitted *Pro Hac Vice*)
Daniel J. Murphy, BBO No. 656021
BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
(207) 774-1200
*Attorneys for Plaintiff James W. Harpel*

_____
Daniel G. Gurfein (Admitted *Pro Hac Vice*)
James Regan (Admitted *Pro Hac Vice*)
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue, Suite 1190
New York, NY 10169
(212) 818-9200

/s/ Matthew J. Walko
Matthew J. Walko, BBO No. 562172
SMITH DUGGAN BUELL & RUFO LLP
Three Center Plaza, Suite 800
Boston, Massachusetts 02108-2011
(617) 228-4400
*Attorneys for Defendant Ronald Nicholson*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the date indicated below that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in CM/ECF electronic filing system for this matter; and that hard copies of this Local Rule 16.1 Agenda and Joint Statement Client Certification, and Initial Disclosures were  was sent via U.S. Mail, postage prepaid, to counsel for Defendant Ronald A. Nicholson:  Matthew J. Walko, Esq., Smith, Duggan, Buell & Rufo, LLP, Three Center Plaza, Suite 800, Boston, MA, 02108-2011;  and Daniel Gurfein, Esq., Satterlee, Stephens, Burke, & Burke, LLP, 230 Park Ave., Suite 1190, New York, NY, 10169.

Dated:  November 6, 2012                                             */s/ Daniel J. Murphy*_____
                                                                            Daniel J. Murphy, BBO # 656021