UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES W. HARPEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:12-cv-10280-RWZ |
| v. | ) | |
| | ) | |
| RONALD A. NICHOLSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and 12(a)(4) and good cause shown, Defendant Ronald A. Nicholson hereby moves to extend the time within which he has to answer or otherwise respond to Plaintiff's complaint by an additional six days in light the ongoing business disruptions caused by the aftermath of Hurricane Sandy and the resulting difficulties counsel faces in consulting with Defendant Nicholson.  No party will be prejudiced by the relief requested; and Plaintiff has stipulated to this further extension of time for Defendant to respond to the Complaint up to and including November 13, 2012.

WHEREFORE, Defendant requests that its motion be allowed.

Dated: November 6, 2012

                                                   Respectfully submitted,
                                                 Defendant Ronald A. Nicholson,
                                                 By his attorneys,

                                                 /s/ James J. Regan
                                                 Daniel G. Gurfein (Admitted *Pro Hac Vice*)
                                                 James J. Regan (Admitted *Pro Hac Vice*)
                                                 Satterlee Stephens Burke & Burke, LLP
                                                 230 Park Avenue, Suite 1190
                                                 New York, NY  10169
                                                 (212) 818-9200

/s/ Matthew J. Walko
Matthew J. Walko, BBO No. 562172
SMITH DUGGAN BUELL & RUFO LLP
Three Center Plaza, Suite 800
Boston, Massachusetts 02108-2011
(617) 228-4400

Assented To:
Plaintiff James W. Harpel,
By his attorneys,

/s/ Daniel J. Murphy
Paul McDonald (Admitted *Pro Hac Vice*)
Daniel J. Murphy, BBO No. 656021
BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
(207) 774-1200

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 6, 2012.

               /s/James Regan

1538485_1